# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**LAURIE CHAVEZ,**

    **Plaintiff,**

**v.**                                                                                                         **No. 18-cv-1136 SMV**

**NANCY A. BERRYHILL,**
**Acting Commissioner of the Social Security Administration,**

    **Defendant.**

## ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING SERVICE OF PROCESS

THIS MATTER is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) [Doc. 2], filed December 5, 2018. The Court, being fully advised in the premises FINDS that the Application is well-taken and should be GRANTED.

**IT THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Application [Doc. 2] is **GRANTED**. Plaintiff may proceed in this action without payment of a filing fee, costs, or security therefor.

**IT IS FURTHER ORDERED** that the United States Marshal Service is directed to serve the summons and complaint on the United States Attorney, the Attorney General, and the Office of the General Counsel of the Social Security Administration.

**IT IS SO ORDERED.**

                                                                                  _____
                                                                                  **STEPHAN M. VIDMAR**
                                                                                  **United States Magistrate Judge**