# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

LAURIE CHAVEZ,

    **Plaintiff,**

v.                        CIV. NO. 1:18-cv-00136-SMV

NANCY BERRYHILL,
ACTING COMMISSIONER OF
SOCIAL SECURITY

    **Defendant**

## UNOPPOSED ORDER ON PLAINTIFF'S STIPULATED MOTION FOR AN EXTENSION OF TIME TO FILE MOTION TO REVERSE AND/OR REMAND

Upon consideration of Plaintiff Stipulated Motion for Extension of Time to File her Motion to Reverse and/or Remand, the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well-taken and GRANTED.

IT IS THEREFORE ORDERED that Plaintiff shall have until July 1, 2019, to file her Motion to Reverse and/or Remand; Defendant shall have thirty (30) days to file a Response that would be due on July 31, 2019, and Plaintiff shall have thirty (30) days to file a reply which would be due by August 30, 2019.

BY THE COURT:

_____
Hon. Stephan M. Vidmar, United Stated District Court

SUBMITTED AND APPROVED BY:

_____
Benjamin E. Decker

Attorney for the Plaintiff

/s/ by Email S 5/29/19
Melissa Schuenemann
Special Assistant United States Attorney