IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LAURIE CHAVEZ,

    **Plaintiff,**

    v.        CIV. NO. 1:18-cv-01136-SMV

SOCIAL SECURITY ADMINISTRATION

    **Defendant**

## UNOPPOSED ORDER ON PLAINTIFF'S STIPULATED MOTION FOR AN EXTENSION OF TIME TO FILE MOTION TO REVERSE AND/OR REMAND

Upon consideration of Plaintiff's Stipulated Motion for Extension of Time to File her Motion to Reverse and/or Remand [Doc. 20], the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well-taken and GRANTED.

IT IS THEREFORE ORDERED that Plaintiff shall have until July 15, 2019, to file her Motion to Reverse and/or Remand; Defendant shall have an additional two weeks to file a Response that would be due on August 14, 2019, and Plaintiff shall have an additional two weeks to file a reply which would be due by September 13, 2019.

BY THE COURT:

_____
Hon. Stephan M. Vidmar, United Stated District Court

SUBMITTED AND APPROVED BY:

*/s/ Ben E. Decker*_____
Benjamin E. Decker
Attorney for the Plaintiff

*Approved via Email 7/3/19*____ _____
Melissa Schuenemann
Special Assistant United States Attorney