IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LAURIE CHAVEZ,
    Plaintiff,

vs.                         CIV NO. 1:18-cv-01136-SMV

ANDREW SAUL,
**Commissioner of Social Security,**
    Defendant.

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 23) to file a response to Plaintiff's Motion to Reverse and Remand to Agency for Rehearing with Supporting Memorandum (Doc. 21), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until August 30, 2019, to file a response and Plaintiff shall have until September 13, 2019, to file a reply.

SIGNED _July 31_, 2019.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

SUBMITTED AND APPROVED BY:
*Electronically submitted 07/30/2019*
MELISSA SCHUENEMANN
Special Assistant United States Attorney

*Electronically approved 07/29/2019*
BENJAMIN EILERS DECKER
Attorney for Plaintiff