IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LAURIE CHAVEZ,

    **Plaintiff,**

    v.        CIV. NO. 1:18-cv-01136-SMV

**ANDREW SAUL,
COMMISSIONER OF
SOCIAL SECURITY**

    **Defendant.**

## ORDER GRANTING UNOPPOSED MOTION FOR ATTORNEYS FEES AND COSTS

THIS MATTER is before the Court on the Stipulation of Award of Attorney Fees under the Equal Access to Justice Act, (Doc. 31), filed 02/21/2020, in which the parties stipulate to awarding Plaintiff EAJA fees in the amount of $6032.40.

IT IS THEREFORE ORDERED that Plaintiff be awarded $6032.40 in attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). See *Astrue v. Ratliff*, 560 U.S. 586, 591–93 (2010) (EAJA fees are paid to the prevailing party, not the attorney).

IT IS FURTHER ORDERED that if Plaintiff's counsel receives attorney fees under both the EAJA and 42 U.S.C. § 406(b), Section 206(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

 

_____
Hon. Stephan M. Vidmar

Approved:

*/s/ Benjamin E Decker*

_____

Benjamin Eilers Decker
Attorney For Laurie Chavez

*Approved via email on 2/21/20*

_____

Brian.baak@ssa.gov